JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEROSO MECIJA, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSON NATIONAL LIFE INSURANCE COMPANY, a business entity, form unknown; NATIONAL LIFE GROUP, a business entity, form unknown; and DOES 1 through 15, Inclusive, <br><br> Defendants. | Case No.: CV 18-396-DMG (GJSx) <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [16]** |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: July 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE